IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT,<br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendant. | CV 24–66–M–DLC<br><br>ORDER |

Before the Court is Plaintiffs' motion for the admission of attorney Bryan Hurlbutt, a staff attorney with Advocates for the West in Idaho, *pro hac vice*, in the above-captioned matter. (Doc. 3.) It appears that Andrew Hursh, a staff attorney with Advocates for the West in Montana, will serve as local counsel in this matter. (*Id.*) Mr. Hurlbutt's application (Doc. 3-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d) (Dec. 1, 2023).

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Mr. Hurlbutt does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Hurlbutt shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hurlbutt files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

    DATED this 14th day of May, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court