UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendant. | CV 24–66–9–M–DLC |

The parties have filed a joint motion to stay this matter for 30 days to permit exploration of a settlement resolution. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 16(b)(4), a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that good cause exists to allow more time for the parties to engage in settlement negotiations.

Accordingly, IT IS ORDERED:

1. The joint motion to stay (Doc. 21) is GRANTED.

2. This matter is stayed until January 10, 2025.

3. The parties shall promptly notify the Court if settlement is reached during the period of the stay.

1

4. If settlement is not reached during the period of the stay, then on or before January 10, 2025, the parties shall submit a joint proposed schedule for resuming summary judgment briefing or move for a further stay to continue exploring settlement.

5. The Court's October 29, 2024, modified case management order (Doc. 16) otherwise remains in full force and effect.

DATED this 12th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court