UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendant. | CV 24–66–M–DLC |

Following termination of settlement discussions during a temporary stay of litigation, the parties have filed a joint motion to modify the summary judgment briefing schedule in this matter. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 16(b)(4), a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). In light of the parties' failure to resolve this litigation via settlement during the period of stay, the Court finds that good cause exists to resume summary judgment briefing pursuant to the schedule set forth below. If Federal Defendant files a motion for voluntary remand, as contemplated in the parties' joint motion, deadlines for briefing that motion shall

1

run concurrently with those for summary judgment, as noted in the schedule below.

Accordingly, IT IS ORDERED that the Motion (Doc. 27) is GRANTED. The stay of this case is lifted, and the Court's revised case management order (Doc. 16) is further revised as follows:

| Event | Deadline |
| --- | --- |
| Federal Defendant's combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 6,500 words)<br><br>Federal Defendant's motion for voluntary remand (if applicable) (limited to 6,500 words) | April 21, 2025 |
| Plaintiffs' combined response to Federal Defendant's cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 6,500 words)<br><br>Plaintiffs' response to Federal Defendant's motion for remand (if applicable) (limited to 6,500 words) | May 23, 2025 |
| Federal Defendant's reply in support of cross-motion for summary judgment (limited to 3,250 words)<br><br>Federal Defendant's reply in support of its motion for remand (if applicable) (limited to 3,250 words) | June 20, 2025 |

All other provisions in the Court's initial July 15, 2024, case management order (Doc. 13) otherwise remain in full force and effect.

2

DATED this 25th day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court